**CV 09 5633**

US District Court For
The Eastern District of NY

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D N.Y (S.I.)

★ DEC 23 2009 ★

LONG ISLAND OFFICE

★ DEC 23 2009 ★

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

LONG ISLAND OFFICE

Gilbert Roman,   Plaintiff,

v.

DARPA,   Defendants,

COMPLAINT

**BIANCO, J.**

**WALL, M.J.**

I request a COURT ORDER ordering the release of all requested information from the Defense

Advance Research Projects Agency DARPA at 3701 N. Fairfax dr., Arlington, VA 22203. I have made two

Request to them exhibits X - Y and proof of service exhibit Z - ZZ. This agency holds a lot

Of the proof of the existence of the technology that reads our thoughts (FMRI technology). I have

Heard nothing from them and need this information to further prove the existence of violations of

Our constitution.

PRO SE
GILBERT ROMAN
95-25 77th st
Ozone pk., NY 11416
516-458-9105

Gilbert Roman
95-25 77th st
Ozone pk., NY 11416
516-458-9105
Oct. 22, 2009

This request is made under the Freedom of Information Act and/ or Privacy Act of 1974. My request should be made free of charge because of the public interest; but if you can not make it free of charge I will be happy to pay for it; after being cleared by me. My request is as follows:

1. I request information on FMRI technology. (functional magnetic resonance imaging)
2. The date it was perfected (FMRI technology)
3. The first report on the first person it was used against successfully. (FMRI technology)
4. A present list of all agencies presently using FMRI technology FBI, CIA, NSA, NRO etc. etc.

THANK YOU,

*[signature]*

10-22-09

Exhibit X

Gilbert Roman
95-25 77th st
Ozone pk., NY 11416
516-458-9105
Nov. 30, 2009

To Whom It May Concern:

I have made a Freedom of Information Act request to your agency. I have not received any response

As of yet. Attached you shall find a copy of my request. If I do not hear from you soon; I must seek

Action in federal court.

Respectfully Submitted,

_____

Exhibit Y

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FOIA Request
DARPA
3701 N. Fairfax Dr.
Arlington, VA 22203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): P. W
C. Date of Delivery: 7/12/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0001 2952 6263

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FOIA request
DARPA
3701 N. Fairfax Dr.
Arlington, VA 22203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): P. W
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[postmark: OCT 27 2009 USPS 22203]

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 1680 0000 2527 1659

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit 2



*Defense Advance Research Projects Agency*
*3701 N. Fairfax Dr*
*Arlington, VA 22203*
*103-526-6630*

**SEARCH**
fmri

Search    Advanced Search

Search Results 1 - 8 of about 11 for fmri . Search took 0.34 seconds.
Sort by date / Sort by relevance

**[PDF] INFORMATION PAPER**
... Another researcher used functional Magnetic Resonance Imaging (**fMRI**) to image the
brain of human subjects while performing a standard memory task. ...
www.darpa.mil/Docs/PSD_info_paper_Oct07_200807180945043.pdf - 2008-08-20

**[PDF] DoD FY 2009 Budget Estimates February 2008**
... Determined the functional Magnetic Resonance Imaging (**fMRI**) signatures associated
with expert status on DoD relevant tasks, which include skills that can ...
www.darpa.mil/Docs/DARPAPB09February2008.pdf
[ More results from www.darpa.mil/Docs ]

**[PDF] LCDR Dylan Schmorrow, Ph.D Information Processing Technical Office**
... possible have, in large part, been due to the affordability and use of tools such
as functional magnetic resonance imaging (**fMRI**) and electroencephalography ...
www.darpa.mil/DARPATech2002/presentations/ipto_pdf/speeches/SCHMORRO.pdf - 2002-10-29

**[PDF] No Slide Title**
... Page 5. Distribution Statement A. Approved for public release; distribution is
unlimited. Decade of the Brain **fMRI** Cognitive Revolution Moore's Law Page 6. ...
www.darpa.mil/DARPATech2002/presentations/ipto_pdf/slides/schmorrowIPTO.pdf - 2004-02-25

**Defense Sciences Office**
... invasive sensors to assess brain states including, but not limited to, EEG
(electroencephalography), MEG (magnetoencephalography), **fMRI** (functional magnetic ...

www.darpa.mil/dso/solicitations/baa06-19mod8.htm - 2009-06-08

**Defense Sciences Office**
... developed Phase I or Phase II MRI systems for non-invasive, non-structural or
functional imaging of the brain (ie, functional MRI, or **fMRI**; Magnetic Resonance ...

www.darpa.mil/dso/solicitations/baa07-21mod1.html - 2009-06-08

**[PDF] "SBIR Successes: Small businesses bridging gaps" Good Afternoon,**
... focus on cortical tissue through the skull, and can detect moment-to-moment changes
in the oxygenation of brain regions - similar to those detected by **fMRI**. ...
www.darpa.mil/DARPATech2004/pdf/scripts/SchmorrowScript.pdf

**[PDF] Learning and Reasoning: The True Heart of the Mind**
... Through **FMRI** and brain imaging techniques, we now have a much clearer idea of how
the brain works than we did in the 1960s and 70s, when most of the current ...
www.darpa.mil/DARPATech2005/presentations/ipto/gunning.pdf - 2005-08-31

*In order to show you the most relevant results, we have omitted some entries very similar to the 8 already displayed.*
*If you like, you can repeat the search with the omitted results included.*

fmri                                                    Search   Search Within Results
                                                                 Advanced Search

# DEFENSE SCIENCES OFFICE

HOME | PROGRAMS (A-Z) | DARPA DSO | NEWS & EVENTS | SEARCH
STRATEGIC THRUSTS | PERSONNEL | SOLICITATIONS | WORKING WITH DSO | SITE UPDATES

Home > Strategic Thrusts > Training and Human Effectiveness >   Font Size

## Neurotechnology for Intelligence Analysts

Program Manager: Dr. Amy Kruse

**THRUST AREA**

Training and Human Effectiveness



The vision for the Neurotechnology for Intelligence Analysts (NIA) Program is to revolutionize the way that analysts handle intelligence imagery, increasing both the throughput of imagery to the analyst and overall accuracy of the assessments. Current computer-based target detection capabilities cannot process vast volumes of imagery with the speed, flexibility, and precision of the human visual system. Investigations of visual neuroscience mechanisms have indicated that the human brain is capable of responding to visually salient objects significantly faster than an individual's visual-motor, transformation-based (i.e., movement) response.

 The NIA Program seeks to identify robust brain signals that are amenable to recording in an operational environment and process these in real time to select images worthy of further review.  The program aims ultimately to apply these triage methods to static, broad-area, and video imagery. Successful development of a neurobiologically based image triage system will increase the speed and accuracy of image analysis in a context where the number of acquired images is expected to rise significantly. In sum, the results of the NIA Program will enable image analysts to train more effectively and process imagery with greater speed and precision.

Privacy & Security Notice        Archives  Disclaimer  Contact

US District Court For
The Eastern District of NY

Gilbert Roman,  Plaintiff,                                                    AFFIDAVIT/ AFFIRMATION

v.

DARPA,           Defendants,

I Gilbert Roman says the following under penalty of perjury:

I Gilbert Roman, am the plaintiff in the above entitled action, and respectfully move this court

To issues an ORDER to release all requested information requested from DARPA, the defendants.

The reason I am entitled to the release is the following: Under the Freedom of Information Act

5 USC Sec. 552; and Under Vaughn v. Rosen 484 F2d 820 (Dir Cir 1973), Cert. Den 415 US 977 an

Agency must respond with itemized copies. They can not refuse or fail to respond.

PRO SE
GILBERT ROMAN
95-25 77th st
Ozone pk., NY 11416
516-458-9105