United States District Court
Eastern District of New York

U.S ~~~~~~ ICE
~~~~~~ E.D N.Y
★ DEC 23 2009 ★
LONG ISLAND OFFICE

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___09_ CV __5633___

1) indicated that this case is related to the following case(s):

_____

_____

_____

-OR-

2) the case was directly assigned to Judge Bianco and Magistrate Judge Wall as a <u>Pro Se</u> or Habeas case related to 07CV4502 , 09CV2504, 09CV2947, 09CV3344, 09CV4281.