# UNITED STATES DISTRICT COURT

ROBERT C. HEINEMANN
CLERK

EASTERN DISTRICT OF NEW YORK

PLEASE REPLY TO:

☐ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK  11201

www.nyed.uscourts.gov

■ LONG ISLAND OFFICE
UNITED STATES DISTRICT COURT
100 FEDERAL PLAZA
PO BOX 9014
CENTRAL ISLIP, N Y 11722-9014

December 29, 2009

Gilbert Roman
95-25 77th st.
Ozone Park, NY 11416

In re: CV 09-5633 (JFB)
<u>Roman v. DARPA</u>

Dear Pro Se Litigant:

      This will acknowledge receipt of your Civil Complaint. The case has been docketed under the above number and assigned to the Honorable Joseph F. Bianco. Please be advised of the following:

      -documents submitted for filing should be originals and must contain an original signature, name of case and assigned judge and case number;

      -pursuant to Federal Rules of Civil Procedure 5.2, the filing party shall not include personal information in filings as follows: (a) if an individual's social security number must be included in a document, only the last four digits of that number shall be used; (b) if the involvement of a minor child must be mentioned, only the initials of that child shall be used; (c) **i**f an individual's date of birth must be included in a document, only the year shall be used (d) if financial account numbers are relevant, only the last four digits of these numbers shall be used;

      -an affidavit or affirmation of service must be included with all documents sent in for filing;

      -all documents should be sent to the Pro Se Office at the Central Islip courthouse. DO NOT send any paperwork directly to chambers unless directed to do so by the Judge;

      -it is your duty to keep this office informed of any change of address; failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); a change of address form is enclosed.

      - it is your responsibility to retain copies of any documents you file, as well as copies of documents mailed to you by opposing counsel or the Clerk, and monitor the progress of your action yourself.

Very truly yours,

Robert C. Heinemann
Clerk of Court

By: <u>/s/ Catherine Vukovich</u>
Pro Se Paralegal

enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X



                Plaintiff,

      -against-                         Case No. _____

                                    Judge: _____

               Defendant.
-------------------------------------------------- X


PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____  STATE: _____

ZIP CODE: _____  TELEPHONE NO: _____


IF APPLICABLE:

PRISON: _____  PRISONER ID# _____


EFFECTIVE DATE OF CHANGE: _____


DATED: _____        _____
                                                              SIGNATURE

                                                              _____
                                                               PRINTED NAME

                                                               _____
                                                               PRESENT ADDRESS

                                                               _____